[Criminal No. 871. Filed May 22, 1939.]

[90 Pac. (2d) 630.]

WILLIAM CLUFF, Appellant, v. STATE OF ARIZONA, Respondent.

Mr. W. L. Barnum, Mr. R. H. Brumback and Mr. Wm. J. Fellows, for Appellant.

Mr. Joe Conway, Attorney General of Arizona, Mr. Earl Anderson, Special Assistant, and Mr. Albert M. Garcia, Assistant, for Respondent.

LOCKWOOD, J.—This case was argued and submitted to the court at the same time as *Hoy* v. *State,*

*ante,* p. 440, 99 Pac. (2d) 623 (just affirmed), and it was stipulated by counsel that all of the legal questions raised on this appeal were also raised in *Hoy* v. *State, supra,* and that an affirmance of the judgment in the case last named would necessarily require an affirmance of the judgment in the present case.

The judgment of the superior court herein is, therefore, affirmed.

ROSS, C. J., and McALISTER, J., concur.